```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 18-01245-HWV
Ryann A Leonard                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Jul 12, 2018
                              Form ID: fnldecac        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db           +Ryann A Leonard,    85 Independence Drive,    Shippensburg, PA 17257-8218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
              Gary J Imblum    on behalf of Debtor 1 Ryann A Leonard gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,    lrynard@pkh.com;lhaller@ecf.epiqsystems.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ryann A Leonard,<br>aka Ryann Alan Leonard, | Chapter 7 |
| **Debtor 1** | Case No. 1:18−bk−01245−HWV |

Social Security No.:
xxx−xx−8506

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 11, 2018

BY THE COURT
By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)